UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTONIO RICHARDS,

                Plaintiff,

                                  Case No.: 24-cv-10180

v.                              Honorable Gershwin A. Drain

WAYNE COUNTY SHERIFF, *et al*.,

                Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#150) AND DISMISSING ACTION WITHOUT PREJUDICE

Presently before the Court is a Report and Recommendation issued by Magistrate Judge Patricia T. Morris, recommending that the Court dismiss this matter pursuant to Federal Rule of Civil Procedure 41(b), due to Plaintiff's failure to prosecute this matter and comply with this Court's orders. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the Magistrate Judge's February 29, 2024 Report and Recommendation, the Court concludes that the Magistrate Judge reached the

correct conclusion.   Therefore, the Court hereby ACCEPTS and ADOPTS Magistrate Judge Morris's Report and Recommendation [#150], dated February 29, 2024, as this Court's findings of fact and conclusions of law.

This cause of action is dismissed without prejudice.

SO ORDERED.

Dated:  April 3, 2024                                    /s/Gershwin A. Drain
                                                        GERSHWIN A. DRAIN
                                                        United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 3, 2024, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Case Manager